# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2018

157218

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 157218
                                        COA: 340825
                                        Genesee CC: 16-040532-FH

JEFFERY DESHAUN WATKINS,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the December 20, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2018



                                       Clerk

t1031